```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DOUGLAS BEEVERS, Virgin Islands Bar # 766
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California  93721-2226
4  Telephone: (559) 487-5561

5  Attorney for Defendant
   JOSE SOCORRO JIMENEZ-ALVAREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:08-cr-00332 OWW |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | STATUS CONFERENCE AND [PROPOSED] |
| v. ) | ORDER THEREON |
| ) | |
| ) | Date:  December 1, 2008 |
| JOSE SOCORRO JIMENEZ-ALVAREZ, ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Oliver W. Wanger |
| Defendant. ) | |
| ) | |
| _____ ) | |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto and through their respective counsel, IAN GARRIQUES, Assistant United States Attorney, counsel for plaintiff, and DOUGLAS J. BEEVERS, Assistant Federal Defender, counsel for defendant, JOSE SOCORRO JIMENEZ-ALVAREZ, that the Status Conference scheduled for November 10, 2008 may be continued to December 1, 2008 at 9:00 a.m., or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is November 10, 2008.  The requested new date is December 1, 2008.**

　　　　The parties are attempting to negotiate a fast-track plea deal.

///

///

　　　　The parties agree that the delay resulting from the continuance shall be excluded as necessary for

effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: November 5, 2008           By  /s/ Ian Garriques
                                      IAN GARRIQUES
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: November 5, 2008           By  /s/ Douglas J. Beevers
                                      DOUGLAS J. BEEVERS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      Jose Socorro Jimenez-Alvarez

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   November 6, 2008**           /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE