DANIEL J. BRODERICK, #89424
Federal Defender
DOUGLAS BEEVERS, Virgin Islands Bar # 766
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE SOCORRO JIMENEZ-ALVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-00332 OWW |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND |
| v. | ) ) | ORDER THEREON |
| JOSE SOCORRO JIMENEZ-ALVAREZ, | ) ) ) | Date: December 8, 2008 Time: 9:00 a.m. Judge: Hon. Oliver W. Wanger |
| Defendant. | ) ) ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto and through their respective counsel, IAN GARRIQUES, Assistant United States Attorney, counsel for plaintiff, and DOUGLAS J. BEEVERS, Assistant Federal Defender, counsel for defendant, JOSE SOCORRO JIMENEZ-ALVAREZ, that the Status Conference scheduled for December 1, 2008 may be continued to December 8, 2008 at 9:00 a.m., or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is December 1, 2008. The requested new date is December 8, 2008.**

   The reason for this continuance is that the government has a new plea offer which I need to discuss with my client and I just received the presentence report. Also, IAN GARRIQUES, Assistant United States Attorney, will be in trial on December 1, 2008.

   The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: November 24, 2008            By  /s/ Ian Garriques
                                                IAN GARRIQUES
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: November 24, 2008            By  /s/ Douglas J. Beevers
                                                DOUGLAS J. BEEVERS
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                Jose Socorro Jimenez-Alvarez

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:**  **November 25, 2008**                       /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE